IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20575-CIV-MORENO

**CIGARETTE RACING TEAM, LLC,**

     PLAINTIFF,

v.

**MYSTIC POWERBOATS INC.** and
**SHOGREN PERFORMANCE
MARINE, LLC, d/b/a PIER 57,**

     DEFENDANTS.

_____/

## MEDIATOR'S REPORT

     On April 28, 2015, the undersigned mediated this case.  Present at the mediation were the parties and their respective counsel.  As a result of the mediation and the good faith negotiations of the parties, the parties settled this action at the mediation.

     The undersigned mediator wishes to advise the Court that the attorneys for all the parties were well prepared for the mediation and they, along with their respective clients, diligently worked together in an effort to bring this matter to an amicable resolution.

Date:     April 29, 2015          Respectfully submitted,

                                    s/David K. Friedland  /
                                    David K. Friedland
                                    Florida Bar No. 833479
                                    **FRIEDLAND VINING, P.A.**
                                    1500 San Remo Avenue
                                    Suite 200
                                    Coral Gables, FL 33146
                                    305.777.1720 telephone
                                    dkf@friedlandvining.com email